ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
RYAN P. DEJOE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

FILED
2018 NOV 28  PM 4: 04
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR 18-2467 TUC RCC-JR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | I N D I C T M E N T |
|---|---|
| Plaintiff, | (UNDER SEAL) |
| vs. | Violations: |
| 1. Peter Vega,<br>(Counts 1-9, Forfeiture) | 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A)(viii)<br>(Conspiracy to Possess With Intent to Distribute Methamphetamine)<br>Count 1 |
| 2. Christine Lopez,<br>(Counts 1, 7-9, Forfeiture) | |
| 3. Etelberto Vega, Jr.,<br>(Counts 1, 8, Forfeiture) | 21 U.S.C. §841(a)(1) and (b)(1)(A)(viii)<br>(Possession with Intent to Distribute Methamphetamine;<br>18 U.S.C. §2<br>(Aiding and abetting)<br>Counts 2-7 |
| 4. Spencer Kent Alexander,<br>(Counts 1, 8, Forfeiture) | |
| 5. Carisa Athena Coleman,<br>(Counts 1, 8, Forfeiture) | |
| 6. Jesus Ernesto Guerrero-Monreal,<br>(Counts 1, 8, Forfeiture) | 18 U.S.C. § 1956(h), 1956(a)(1)(B)(i)<br>(Conspiracy to Launder Monetary Instruments)<br>Count 8 |
| 7. Jasmine Patrice Tate,<br>(Counts 1, 8, Forfeiture) | 18 U.S.C. § 1956(h), 1956(a)(1)(A)(i)<br>(Conspiracy to Launder Monetary Instruments)<br>Count 9 |
| 8. Stephen Alvin Wilder,<br>(Counts 1, 8, Forfeiture) | |
| 9. Prentice Alonzo Freeman,<br>(Counts 1, 8, Forfeiture) | 21 U.S.C. § 853; 18 U.S.C. § 982(a)(1)<br>(Forfeiture Allegation) |
| 10. Anthony Mathurin,<br>(Counts 1, 8, Forfeiture) | |
| 11. Taj Mahal Frazer,<br>(Counts 1, 8, Forfeiture) | |

12. Manuela Soto,
    (Counts 1, 8, Forfeiture)

13. Socorro Angeles,
    (Counts 1, 8, Forfeiture)

14. Daniel Tellez,
    (Counts 1, 8, Forfeiture)

15. Sandy A. Franco,
    (Counts 1, 8, Forfeiture)

16. Patricia Cuevas,
    (Counts 1, 8, Forfeiture)

          Defendants.

**THE GRAND JURY CHARGES:**

## COUNT 1

From a time unknown until on or about December 20, 2017, at or near Nogales and Rio Rico, in the District of Arizona, and elsewhere, PETER VEGA, CHRISTINE LOPEZ, ETELBERTO VEGA, JR., SPENCER KENT ALEXANDER, CARISA ATHENA COLEMAN, JESUS ERNESTO GUERRERO-MONREAL, JASMINE PATRICE TATE, STEPHEN ALVIN WILDER, PRENTICE ALONSO FREEMAN, ANTHONY MATHURIN, TAJ MAHAL FRAZER, MANUELA SOTO, SOCORRO ANGELES, DANIEL TELLEZ, SANDY A. FRANCO, and PATRICIA CUEVAS, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons known and unknown to the grand jury, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 25, 2017, at or near Rio Rico, in the District of Arizona, PETER VEGA, did knowingly and intentionally possess with intent to distribute 500 grams

or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of actual methamphetamine, a Schedule II controlled substance; or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18 United States Code, Section 2.

## COUNT 3

On or about October 14, 2017, at or near Nogales, in the District of Arizona, PETER VEGA did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of actual methamphetamine, a Schedule II controlled substance; or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18 United States Code, Section 2.

## COUNT 4

On or about October 26, 2017, at or near Nogales, in the District of Arizona, PETER VEGA did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of actual methamphetamine, a Schedule II controlled substance; or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18 United States Code, Section 2.

## COUNT 5

On or about October 31, 2017, at or near Rio Rico, in the District of Arizona, PETER VEGA did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of actual methamphetamine, a Schedule II controlled substance; or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United

States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18 United States Code, Section 2.

### COUNT 6

On or about November 2, 2017, at or near Rio Rico, in the District of Arizona, PETER VEGA did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of actual methamphetamine, a Schedule II controlled substance; or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18 United States Code, Section 2.

### COUNT 7

On or about December 20, 2017, at or near Nogales, in the District of Arizona, PETER VEGA and CHRISTINE LOPEZ did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of actual methamphetamine, a Schedule II controlled substance; or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18 United States Code, Section 2.

### COUNT 8

From a time unknown until on or about December 20, 2017, at or near Nogales and Rio Rico, in the District of Arizona, and elsewhere, PETER VEGA, CHRISTINE LOPEZ, ETELBERTO VEGA, JR., SPENCER KENT ALEXANDER, CARISA ATHENA COLEMAN, JESUS ERNESTO GUERRERO-MONREAL, JASMINE PATRICE TATE, STEPHEN ALVIN WILDER, PRENTICE ALONSO FREEMAN, ANTHONY MATHURIN, TAJ MAHAL FRAZER, MANUELA SOTO, SOCORRO ANGELES, DANIEL TELLEZ, SANDY A. FRANCO, and PATRICIA CUEVAS, did knowingly combine, conspire, confederate and agree with each other and other persons known and unknown to the grand jury, to commit offenses against the United States in violation of

Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, drug trafficking, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 9

From a time unknown and continuing through on or about December 20, 2017, at or near Nogales and Rio Rico, in the District of Arizona, PETER VEGA and CHRISTINE LOPEZ, did knowingly combine, conspire, confederate and agree with each other and other persons known and unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct or attempt to conduct a financial transaction, to wit, mailing parcels containing narcotics through the United States Postal Service, which involved the proceeds of a specified unlawful activity, that is drug trafficking, with the intent to promote the carrying on of specified unlawful activity, to wit: drug trafficking, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

Upon conviction of the controlled substances offenses alleged in Counts One through Seven of this Indictment, defendants, PETER VEGA, CHRISTINE LOPEZ, ETELBERTO VEGA, JR., SPENCER KENT ALEXANDER, CARISA ATHENA

COLEMAN, JESUS ERNESTO GUERRERO-MONREAL, JASMINE PATRICE TATE, STEPHEN ALVIN WILDER, PRENTICE ALONSO FREEMAN, ANTHONY MATHURIN, TAJ MAHAL FRAZER, MANUELA SOTO, SOCORRO ANGELES, DANIEL TELLEZ, SANDY A. FRANCO, and PATRICIA CUEVAS, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853:

(a) All right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations;

(b) A sum of money equal to the amount of proceeds obtained as a result of the offense, for which the defendants are jointly and severally liable.

Upon conviction of the money laundering offenses alleged in Counts Eight and Nine of this Indictment, defendants, PETER VEGA, CHRISTINE LOPEZ, ETELBERTO VEGA, JR., SPENCER KENT ALEXANDER, CARISA ATHENA COLEMAN, JESUS ERNESTO GUERRERO-MONREAL, JASMINE PATRICE TATE, STEPHEN ALVIN WILDER, PRENTICE ALONSO FREEMAN, ANTHONY MATHURIN, TAJ MAHAL FRAZER, MANUELA SOTO, SOCORRO ANGELES, DANIEL TELLEZ, SANDY A. FRANCO, and PATRICIA CUEVAS shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the money laundering offense and all property traceable to such property, including but not limited to a sum of money equal to $285,769.00 in United States currency, representing the sum of money involved in the conspiracy to commit money laundering in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h), for which the defendants are jointly and severally liable.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other

property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 982(a)(1); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/

Assistant U.S. Attorney

Dated:   NOV 28 2018

**REDACTED FOR PUBLIC DISCLOSURE**